Certificate Number: 00301-PAE-DE-029651504

Bankruptcy Case Number: 14-14645



00301-PAE-DE-029651504

## <u>CERTIFICATE OF DEBTOR EDUCATION</u>

I CERTIFY that on <u>July 29, 2017</u>, at <u>10:24</u> o'clock <u>AM EDT</u>, <u>LEONARD W GORDON</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 29, 2017</u>            By:    <u>/s/Iris Serrano</u>

Name:   <u>Iris Serrano</u>

Title:   <u>Certified Bankruptcy Counselor</u>